# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00088-CV

**James Reece, Appellant**

**v.**

**City of San Marcos, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 22-1388, THE HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 24, 2023. On June 7, 2023, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 19, 2023, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Dismissed for Want of Prosecution

Filed: August 2, 2023